B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
### Eastern District of Kentucky

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Environmental Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**61-1564739** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**109 Triport Road**<br>**Suite 1**<br>**Georgetown, KY**<br>ZIP Code **40324** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Scott** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Cynthiana, KY; Winchester, KY; Austin, TX; Cincinnati, OH; Hutto, TX** | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Environmental Services, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Global Environmental Services, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Laura Day DelCotto**
Signature of Attorney for Debtor(s)

**Laura Day DelCotto**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**November  2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Chuck Landreville**
Signature of Authorized Individual

**Chuck Landreville**
Printed Name of Authorized Individual

**Interim CEO**
Title of Authorized Individual

**November  2, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Global Environmental Services, LLC**                                                    Case No.
                                        Debtor(s)                                                Chapter    **7**

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**Out of abundance of caution GES provides the following description, but GES reserves any opinion, judgment, or determination that the following conditions pose a threat of imminent and identifiable harm to the public health or safety. It has been reported to the company that certain cathode ray tubes, related electronics, and packing and shipping materials were buried in an excavated pit near the GES facility at Triport Road, Georgetown, Kentucky. GES has retained professionals who, in consultation with Kentucky Division of Waste Management, are currently characterizing materials at the site and developing plans for an appropriate correction response. The primary concern posed by the presence of these materials is elevated levels of lead demonstrated in the materials.**

**GES is also conducting investigations at its other facilities in Cynthiana and Winchester, Kentucky, although GES is not aware of any evidence of excavation and burying materials at those other sites.**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**See response to Number 1.**

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Global Environmental Services, LLC**                          Case No.
                          Debtor(s)                          Chapter  **7**

# VERIFICATION OF MAILING LIST MATRIX

I, the Interim CEO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **13** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **November 2, 2015**           **/s/ Chuck Landreville**
                              **Chuck Landreville/Interim CEO**
                              Signer/Title

I,  **Laura Day DelCotto**  , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **13** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **November 2, 2015**           **/s/ Laura Day DelCotto**
                              Signature of Attorney
                              **Laura Day DelCotto**
                              **DelCotto Law Group PLLC**
                              **200 North Upper Street**
                              **Lexington, KY 40507-1017**
                              **(859) 231-5800   Fax: (859) 281-1179**

```
A-Z Computing
3602 County Road T
Madison, WI 53718


ADP Screenning& Seletion Services
PO Box 645177
Cincinnati OH 45264


Air New Source (AIRNSR)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Air Operating Permits (AirOp)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Amerigas 8417
PO Box 371473
Pittsburgh PA 15250


Amerigas65973
P.O. Box 660288
Dallas TX 75266


Amtex Scale
PO Box 40309
Austin TX 78704


Analysis Incorporated
3512 Montopolis Drive
Austin, TX 78744


Arlington
1616 S Lakeside Dr.
Waukegan, IL 60085


Assured Neace Lukens
1945 Scottsville Rd., Suite 100
Bowling Green, KY 42104
```

```
Austin Business Recycling, LLC
1602 Bench Mark Dr.
Austin TX 78728


Balcones Shred
9301 Johnny Morris Rd
Austin, Tx 78724


Benedicta Halecky
536 Lakeshore Drive
Lexington KY 40502


Benefit Market Solutions, LLC
PO BOX 43653
Louisville, KY 40253-0653


Brock Transportation
333 North Canyons Parkway, Ste. 221
Livermore, CA 94551


Brownfields (BSA)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Cabot Ind'l Value Fund II OP, LP
4057 Solutions Center
Chicago IL 60677-4000


Central Kentucky Hauling
259 W Short St Suite 325
Lexington, Kentucky 40507


Central Kentucky Landfill
604 Bizzell Dr. suite 250
Lexington, KY 40510


Chuck Landreville
664 Murrell Drive
Dayton OH 45429


City of Cynthiana Waste & Sewer Dept.
PO Box 67
Cynthiana, KY 41031-0067
```

```
Colonial Life Insurance
PO Box 1365
Columbia, SC 29202-1365


Concentra
PO Box 9005
Addison, TX 75001


Concentrated Animal Feeding Operations
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Coyote Logistics, LLC
960 North Point Parkway Suite 105
Alpharetta, GA 30005


Crown Equipment Corporation
PO Box 641173
Cincinnati, OH 45264-1173


Crown Services, INC.
200 TechneCenter Drive Suite 135
Milford, OH 45150


Cynthiana Vision Center
attn: Angela M. Scifres, O.D. 308 N Main
Cynthiana KY 410311434


Dam Safety
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Department for Environmental Protection
300 Fair Oaks Lane
Frankfort KY 40601


Dept. of Natural Resources
Attn: Mike Haynes
Office of General Counsel
2 Hudson Hollow Road
Frankfort KY 40601
```

```
Districts
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Dry Cleaners
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


E&B Gaylords
3943 Scarlet & Gray Way
Lawrenceburge, IN 47025


Edwards Aquifer (Austin)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Edwards Aquifer (San Antonio)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Enclosed Container Registration
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Encore Propane, LLC
11999 IH-10 West
Marion, TX 78124


Energy and Environment Cabinet
Division of Waste Management
c/o Thomas Heil
200 Fair Oaks Lane, 2nd Fl
Frankfort KY 40601


Express Service, INC.
PO Box BOX 203901
Dallas, TX 75320-3901
```

```
FIRST Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000


Fister Distribution, Inc.
2325 Palumbo Rd.
Lexington, KY 40509


Fleet One
5042 Linbar Drive
Nashville TN 37211


Georgetown Community Hospital
PO Box 742755
Atlanta, GA 30374


GLP
Two North Riverside Plaza
Suite 2350
Chicago IL 60606


GLP Icon Owner Pool 6 Austin, LLC
P.O. Box 843936
Los Angeles CA 90084-3936


Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043


Google Staffing
1015 Norwood Park, Blvd.
Austin, TX 78753


Guardian
3900 Burgess Place
Bethlehem PA 18017


Highbridge Spring Water Co., Inc.
3830 Highbridge Rd. Po Box 100
Wilmore, KY 40390


ICON Logistics, Inc
One Bush Street, Ste 1100
San Francisco CA 94104
```

IndCor Properties, Inc.
Two North Riverside Plaza, Ste 2350
Chicago IL 60606


Industrial Hazardous Waste Permits (IHW)
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Industrial Hazardous Waste Registrations
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Industrial Hazardous Waste-Corrective
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Industrial Properties Texas, LLC
7887 East Belleview Ave, Ste 325
Attn: COO
Denver CO 80111


Innocent Operator Program
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Interstate Security Systems, inc.
1216 N Third St.
Bardstown, KY 40004


ITEM INC
991 Annapolis Way
Woodbridge, VA  22191

```
Jack Mann Scales, Inc
2073 Mercer Road
Lexington, KY   40511-1018


Jani-King of Austin
2523 South Lakeline BLVD.
Cedar Park, TX 78613


Kenneth Garrett
105 Cavalier Cove
Hutto TX 78634


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


L2PS Office Machine Specialists
5616 IH-10 West, Suite 102
San Antonio, TX 78201


Licensing
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Logical Maintenance Solutions, Inc.
17551 Von Karman Ave.
Irvine, CA   92614


Max Effect Pest Control
P.O. Box 4732
Frankfort, KY   40604


Medical Waste On-Site Treatment Regis
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Medical Waste Transporter Registration
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087
```

```
Municipal Solid Waste
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


NAI Bergman
4695 Lake Forest Drive
Suite 100
Cincinnati OH 45242


Nesco Resource1
PO Box 901372
Cleveland, OH 44190-1372


New Benefits, Ltd.
PO Box 803475
Dallas, TX 75380


New Prospect Contact Center
2355 Hwy  101 South Unit J
Greer, SC 29651


Office Depot, Inc
PO Box 88040
CinCinnati, OH 60680-1040


Ohio Bureau of Workers Compensation
P.O. Box 89492
Cleveland, OH 44101-6492


On-Site Sewage Facilities
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


One Source Freight LLC
1305 W 1st Street Suite 201
Tempe, AZ 85281


Orion Registrar, Inc.
7850 Vance Dr. Suite 210
Arvada, CO 80003
```

```
Oxford Ribbon & Imaging Inc.
1031 Meyerside Dr. Unit #5 Mississauga,
ON Canada L5T 2H5


P&H Equipment
1707 Bench Mark  Dr
Austin, TX 78728


Paul Haddix
134 St. Andrew Way
Georgetown KY 40324


Paycom Payroll, LLC
7501 W Memorial Road
Oklahoma City, OK 73142


Penske Truck Leasing
P.O. Box 802577
Chicago, IL 60680-2577


Petroleum Storage Tank
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Phil Needham



Prolift Industrial Equipment
12001 Plantside Dr.
Louisville, KY 40299


Public Water Supply
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Republic Services
P.O. BOX 9001099
LOUSIVILLE, KY 40290-1099
```

```
RTS FINANCIAL
PO Box 840267
Dallas, TX   75284-0267


Rumpke
10795 Hughes Rd.
Cincinnati, OH 45251


Ryder Transportation Services
11690 NW 105 St.
Miami, FL 33178


Scott Industrial Storage Co
P.O. Box 4055
Winchester KY 40391


Sludge - Registration & Permits
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Sludge - Transporters
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Stites & Harbison PLLC
400 W. Market Street, Suite 1800
Louisville, KY. 40202-3352


Storm Water
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Sunstate Equipment Co., LLC.
PO Box 52581
Phoenix, AZ 85072-2581


Superior Linen & Apparel Services, Inc.
481 Wayne Street
Cincinnati, OH 45206
```

Tabernus
11130 Jollyville Road Suite 203
Austin, TX 78759


Taylor Project Management and Consulting
15606 Staffordshire, LN
Austin, TX 78717


Tech Dogs LLC
P.O. Box 941485
Plano, TX 75074


Temp Now Staffing Inc./Transfac Capital,
P.O. Box 3238
Salt Lake City, UT 84110-3238


Texas Disposal Systems
PO Box 660816
Dallas, TX  75266-0817


Time Warner Cable
PO Box 60074
City of Industry, CA   91716-0074


Tires
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Todd Rumpke
5361 Grand Legacy Drive
Maineville OH 45039


Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Truth Consulting
838 E High St #309
Lexington, KY 40502


ULINE, Inc.
ATTN: Accounts Receivable PO Box 88741
Chicago, IL 60680-1741

```
Underground Injection Control
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


UPS
5647 W. 74th St
Indianapolis, IN. 46278


Urban Rentals/Bourbon Equipment Rental
1011 Carson Drive
Paris KY 40361


Used Oil Registration
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Voluntary Cleanup Program
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Waste Water
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Water Quality
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


Water Rights
Mr. David Mann, Waste Section Manager
MC R11
PO Box 13087
Austin TX 78711-3087


West Point Products
PO BOX 8580
Carol Stream, IL 60197-8580
```

```
Xerox
P.O. Box 382169
Pittsburgh PA 15251-8169


Yellow Pages United
PO Box 53282
Atlanta, GA 30355
```

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Global Environmental Services, LLC**                                    Case No. _____

Debtor(s)                                                                        Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Global Environmental Services, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November  2, 2015** | **/s/ Laura Day DelCotto** |
| Date | **Laura Day DelCotto** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Global Environmental Services, LLC** |
| | **DelCotto Law Group PLLC** |
| | **200 North Upper Street** |
| | **Lexington, KY 40507-1017** |
| | **(859) 231-5800 Fax:(859) 281-1179** |