UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In re:                                                                                       Chapter 7

GLOBAL ENVIRONMENTAL SERVICES, LLC

    Debtor                                                              Case #15-52141

### NOTICE OF WITHDRAWAL OF PROPOSED AGREED ORDER #30

**NOTICE IS HEREBY GIVEN** that the proposed Agreed Order [Doc. #30] is hereby withdrawn as its paragraph numbers were incorrectly listed. Doc. #30 has been replaced with a new proposed Agreed Order [Doc. #31] with correct paragraph numbering.

Respectfully submitted,

**BUNCH & BROCK**

By:    **/s/ Matthew B. Bunch**
       **MATTHEW B. BUNCH, ESQ.**
       271 West Short Street
       805 Security Trust Building
       P. O. Box 2086
       Lexington, Kentucky 40588-2086
       (859) 254-5522

**ATTORNEY FOR HLT PROPERTIES, LLC**

### CERTIFICATE OF SERVICE

This is to certify that this the 24th day of November 2015, a true and correct copy of the foregoing served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual by CM/ECF to all attorneys of record.

  **/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**