**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Global Environmental Services, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | **15-52141** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

Neither the Debtor, its agent, nor its attorney guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements. While every effort has been made to provide accurate and complete information herein, errors or omissions may exist. Debtor's books and records were incomplete and the Debtor, its agent and it attorney can not verify completeness or accuracy in these circumstances, and have no ability and lack of personal knowledge to gathering any additional information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 4, 2015___       X /s/ Chuck Landreville
                                          Signature of individual signing on behalf of debtor

                                          **Chuck Landreville**
                                          Printed name

                                          **Interim CEO**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Global Environmental Services, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known)  **15-52141**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **1,619,141.31**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **1,619,141.31**

| Part 2: | Summary of Liabilities |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **1,234,683.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................. $     **5,417.82**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................. +$     **1,047,086.62**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                      $     **2,287,187.44**

**Fill in this information to identify the case:**

Debtor name     **Global Environmental Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **15-52141**

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.. **Wells Fargo Acct 4034** | | | **$39,661.30** |
| 3.2.. **Central Bank Acct 3355** | | | **$10,451.22** |
| **Savings** **Last 4 digits of Acc# : 1426** 3.3.. **Wells Fargo Savings Acct #1426** | **Savings** | 1426 | **$40,000.11** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$90,112.63** |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit
     7.1.. **Cabot Ind'l Value Fund II OP, LP**          **$3,806.66**
           **4057 Solutions Center**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Global Environmental Services, LLC** | Case number *(If known)* **15-52141** |
|---|---|---|
| | Name | |

**Chicago IL 60677-4000**
**Lease deposit for Debtor facility Cincinnati**
**paid on 2/3/14**

**Atmos Energy**
**PO Box 650205**
**Dallas, TX  75265-0205**
**deposit for natural gas**
7.2.. **site unclear**                                                              **$250.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.. **Customer list with potential value**                                    **Unknown**

9. **Total of Part 2.**                                                            **$4,056.66**
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **1,539,554.00**    -    **769,777.00**    = ....    **$769,777.00**
                                  face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                           **$769,777.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Inventory** | | **$0.00** | | **$3,495.96** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Global Environmental Services, LLC** | Case number *(If known)* **15-52141** |
|---|---|---|
| | Name | |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$3,495.96

24.   **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures**<br>**Glass Machine** | $0.00 | | $69,412.49 |
| **Warehouse and equipment** | $0.00 | | $331,289.61 |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Prepaid supplies** | $0.00 | | $942.68 |
| **Computers see attached** | $0.00 | | $143,575.62 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$545,220.40

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Asset Description | Vendor | Date in Service | Useful Life (yea | Cost | Business Use | Depreciable Base | Location | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computers | DevNull Technologies | 7/30/2008 | 3 | 9,945.00 | 100% | 9,945.00 | Georgetown, KY | | | | | | | |
| Computers | DevNull Technologies | 1/15/2009 | 3 | 633.94 | 100% | 633.94 | Georgetown, KY | | | | | | | |
| Kenny's Computer | Brendan O'Byrne | 9/17/2009 | 3 | 300.00 | 100% | 300.00 | Georgetown, KY | | | | | | | |
| Server Room | Dell | 8/11/2011 | 7 | 12,192.17 | 100% | 12,192.17 | Georgetown, KY | 1,495.58 | 1,495.58 | 1,495.58 | 872.44 | | | |
| MFG Network | MFG Networks Inc | 9/9/2011 | 7 | 8,200.00 | 100% | 8,200.00 | Both | 1,007.28 | 1,007.28 | 1,007.28 | 671.54 | | | |
| Network Systems | Dell | 10/6/2011 | 7 | 34,200.00 | 100% | 34,200.00 | Both | 4,186.75 | 4,186.75 | 4,186.75 | 3,140.05 | | | |
| Makor CRM Software | Makor | 5/1/2012 | 7 | 73,974.02 | 100% | 73,974.02 | Both | 9,033.16 | 9,033.16 | 9,033.16 | 9,033.16 | 3,011.05 | | |
| Quickbooks Enterprise | Intuit | 1/20/2012 | 7 | 2,273.26 | 100% | 2,273.26 | Both | 275.67 | 275.67 | 275.67 | 275.65 | | | |
| Laptops | | 1/20/2012 | 3 | 1,544.73 | 100% | 1,544.73 | Austin, TX | | | | | | | |
| Makor Customization | Makor | 2/14/2014 | 7 | 312.50 | 100% | 312.50 | Both | 53.81 | 42.28 | 37.97 | 37.97 | 37.97 | 37.97 | 3.15 |
| | | | | **$ 143,575.62** | | | | | | | | | | |
| | | | | | | | | **$ 16,052.25** | **$ 16,040.72** | **$ 16,036.41** | **$ 14,030.81** | **$ 3,049.02** | **$ 37.97** | **$ 3.15** |

Debtor   **Global Environmental Services, LLC**                     Case number *(If known)* **15-52141**
         Name

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  2008 Freightliner 16M 26 Foot Box Truck | $0.00 | | $28,700.00 |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Prepaid assets - other - see attached | $0.00 | | $3,675.79 |

51.   **Total of Part 8.**                                                                                    $32,375.79
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

| Balane Sheet | Nov 24, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **10000 · CASH** | |
| **10005 · Offset** | -107.17 |
| **10007 · Paypal QB** | 31.96 |
| **10097 · Petty Cash - KY** | -104.80 |
| **10000 · CASH - Other** | -1,105.82 |
| **Total 10000 · CASH** | -1,285.83 |
| **Total Checking/Savings** | -1,285.83 |
| **Accounts Receivable** | |
| **11000 · Accounts Receivable** | 550,186.30 |
| **Total Accounts Receivable** | 550,186.30 |
| **Other Current Assets** | |
| **10099 · Undeposited Funds** | 89,797.82 |
| **11500 · Sales Tax Receivable** | -4,792.42 |
| **12500 · Prepaid Assets** | |
| **12502 · Prepaid Insurance** | -9,186.69 |
| **12503 · Prepaid Software** | 638.79 |
| **12504 · Prepaid Fees** | 15,501.06 |
| **12506 · Prepaid Dues** | 2,163.71 |
| **12507 · Prepaid Supplies/Uniform** | 942.68 |
| **12500 · Prepaid Assets - Other** | 3,675.79 |
| **Total 12500 · Prepaid Assets** | 13,735.34 |
| **13000 · Inventory Asset** | 10,832.21 |
| **Total Other Current Assets** | 109,572.95 |
| **Total Current Assets** | 658,473.42 |
| **Fixed Assets** | |
| **14000 · Property, Plant & Equipment** | |
| **14100 · Computer Equipment** | 143,575.62 |
| **14200 · Autos and Trucks** | 28,700.00 |
| **14300 · Warehouse and Equipment** | |
| **14301 · Glass Machine** | 69,412.49 |
| **14300 · Warehouse and Equipment - Other** | 331,289.61 |
| **Total 14300 · Warehouse and Equipment** | 400,702.10 |
| **14400 · Leasehold Improvements** | 155,799.31 |
| **14999 · Accumulated Depreciation** | -453,065.05 |
| **Total 14000 · Property, Plant & Equipment** | 275,711.98 |
| **Total Fixed Assets** | 275,711.98 |
| **TOTAL ASSETS** | 934,185.40 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **20000 · Accounts Payable** | 724,386.60 |

**Balane Sheet**

As of November 24, 2015

|  | Nov 24, 15 |
|---|---|
| **Total Accounts Payable** | 724,386.60 |
| **Credit Cards** |  |
| 21000 · CC - US Bank | 17,802.02 |
| 21007 · Lowes Charge Account | 9,567.85 |
| **Total Credit Cards** | 27,369.87 |
| **Other Current Liabilities** |  |
| 22000 · Sales Tax Payable |  |
| 22007 · FL - Sales Tax Payable | -160.00 |
| 22011 · KY - Sales Tax Payable | 3,082.21 |
| 22015 · OH - Sales Tax Payable | 244.39 |
| 22020 · TX - Sales Tax Payable | 1,183.22 |
| 22038 · Delaware - Sales Tax Payable | 6.60 |
| 22000 · Sales Tax Payable - Other | -2,073.13 |
| Total 22000 · Sales Tax Payable | 2,283.29 |
| 24700 · Wells Fargo Business Line | 10,000.00 |
| 25000 · Payroll Liabilities |  |
| 25019 · Vacation Accrual | -74,745.35 |
| 25000 · Payroll Liabilities - Other | -3,302.81 |
| Total 25000 · Payroll Liabilities | -78,048.16 |
| 25030 · PayCom Balancing Payroll Accoun | 2,391.99 |
| **Total Other Current Liabilities** | -63,372.88 |
| **Total Current Liabilities** | 688,383.59 |
| **Long Term Liabilities** |  |
| 23000 · Note Payable- Haddix | 1,234,683.63 |
| 23001 · Benadicta Halecky | 100,000.00 |
| **Total Long Term Liabilities** | 1,334,683.63 |
| **Total Liabilities** | 2,023,067.22 |
| **Equity** |  |
| 31500 · Capital Contributed |  |
| 31200 · | 125,000.00 |
| 31300 · | 125,000.00 |
| 31600 · | 228,000.00 |
| 31700 · | 228,000.00 |
| 31900 · | 50,000.00 |
| Total 31500 · Capital Contributed | 756,000.00 |
| 32000 · Retained Earnings | -1,228,879.50 |
| Net Income | -616,002.32 |
| **Total Equity** | -1,088,881.82 |
| **TOTAL LIABILITIES & EQUITY** | 934,185.40 |

Debtor    **Global Environmental Services, LLC**                                                 Case number *(If known)*  **15-52141**
     Name

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

| | | |
|---|---|---|
| Prepaid software | $0.00 | $638.79 |
| Prepaid dues | $0.00 | $2,163.71 |
| Prepaid Fees | $0.00 | $15,501.06 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                                          | $18,303.56 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  |
|---|---|
|  | Current value of debtor's interest |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **GES CRT Upstream Accts (see attached)**                                                                 **Unknown**

   Nature of claim
   Amount requested                                                    $0.00

75. **Other contingent and unliquidated claims or causes of action of**

| Organization Name | Contact Name | Address | | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Albequerque Recycling | Roger Alexander | 3726 Hawkins Stree NE | | Albequerque | NM | 87109 |
| Blue Star Recyclers | Andy O'Riley | 100 Talamine Court | | Colorado Springs | CO | 80907 |
| Cinco Electronic Recycling | Mike King | 2301 East St. Elmo Road | Bldg 3 Suite 300 | Austin | TX | 78744 |
| City of Round Rock Recycling Ctr | Tracy Herring | 310 Deepwood Drive | | Round rock | TX | 78681 |
| Cleveland Vocational Industries Inc | Linda McKnight | 650 N. Post Road | | Shelby | NC | 20150 |
| Commodity Recycling Solutions | Ken Meeks | 255 Glendale Avenue | | Ft. Worth | TX | 76106 |
| Commonwealth of Kentucky | Tom Heil | 200 Fair Oaks Lane | 2nd Floor | Frankfort | KY | 40601 |
| Comprenew | Kyle Shoemaker | 629 Ionia Ave SW | | Grand Rapids | MI | 49503 |
| Dynamic Recycling | Jason Schott | N5549 County Road Z | | Onalaska | WI | 54650 |
| Ecology Action of Texas | Joaquin Mariel | 707 E. 9th Street | | Austin | TX | 78701 |
| eCycleSecure | Brett Rhinehart | 4300 Northlake Coute | Suite K | Charlotte | NC | 28216 |
| eLoop LLC | Ned Eldridge | 625 Plum Industrial Court | | Pittsburgh | PA | 15239 |
| EPC | Dave Beal | 3941 Harry S. Truman Blvd | | St. Charles | MO | 63301 |
| eRevival | Soni Sunkara | 9375 Washington BLvd N | | Laurel | MD | 20723 |
| eSCO | Dewayne Burns | 2111 S. 8th Street | | Rogers | AR | 72758 |
| Global Electric Electronics Processing | Wallace Mackay | 2501 N Great Southwest Pkwy | | Grand Prairie | TX | 75050 |
| Goodwill Easter Seals Miami Valley | Roger Baldridge | 600 S. Main Street | | Dayton | OH | 45402 |
| Green Guy Recycling | Thomas Ishibashi | 937 HWY 80 | | San Marcos | TX | 78666 |
| Green Wave Recycling | Mike Hiday | 9206 East 3rd Street | | Indianapolis | IN | 46325 |
| Greentek Recycling Solutions | Ethan Gilbert | 5019 Hovis Road | | Charlotte | NC | 28208 |
| Interco | Dave Godar | 10 Fox industrial Park | Building 3 | Madison | IL | 62060 |
| JVS Environmental | Rick Miller | 413 Broadway Street | | Rockwood | PA | 15557 |
| Kanawha County Commission | David Armstrong | 407 Virginia Street East | | Charleston | WV | 25301 |
| Kentucky eScrap | John Lewis | 7430 Industral Road | | Florence | KY | 41042 |
| Lexington-Fayette Urban Co Gov | Sondra Stone | 200 E. Main Street | Div of Waste Mg | Lexington | KY | 40507 |
| M-Powertech | Kyle Calhoon | 8003 34th Avenue | | Bradenton | FL | 34211 |
| MRC Recycling | Tony Krieg | 3751 Old HWY M | | Imperial | MO | 63052 |
| Nashville Metro Public Works | Cody Osborne | 750 South 5th Street | | Nashville | TN | 37206 |
| Ohio Valley Goodwill | Jeff Eastham | 10600 Springfield Pike | | Cincinnati | OH | 45215 |
| Ottawa Sandusky Seneca JSWD | Jim Darr | 1875 E. State Street | | Fremont | OH | 43420 |
| Plasmet | Chase Yancey | 1415 Constitution Road | | Atlanta | GA | 30316 |

| Resale Resource | Ed Garcia | 10200 McKalla | | Austin | TX | 78758 |
|---|---|---|---|---|---|---|
| RET3 | Kenny Kovatch | 1814 E. 40th Street | | Cleveland | OH | 44103 |
| Reworx | Mike Daniels | 7000 Cobb International Blvd | | Kennesaw | GA | 30152 |
| SIMS (other recyclers) | Chris York | 2431 French Settlement Road | | Dallas | TX | 75212 |
| Spectrum Ecycle | Dave Candelario | 1521 Page Industrial Blvd | | St. Louis | MO | 63132 |
| Suddenlink | Robert LeCour | 111 N. College Street | | Georgetown | TX | 78626 |
| Synergy Recycling | Dave King | 320 S. Gibson Drive | | Madison | NC | 20725 |
| Texas Green Electronic Recycling Center | James Sawyer | 10225 Mula Road | Suite 110 | Stafford | TX | 77477 |
| Unicor Recycling | Antwoine Davis | 400 First Street | | Washington | DC | 20534 |
| Waste Management Recycle America | Phil Murphy | 4600 North Port Washington Rd | | Milwaukee | WI | 53212 |
| Wistron GreenTech | Erica Cheng | 2101 Couch Drive | | McKinney | TX | 75069 |

| Debtor | **Global Environmental Services, LLC** | Case number *(If known)* **15-52141** |
|---|---|---|
| | Name | |

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Leasehold improvements**

$155,799.31

---

78.    **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$155,799.31

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Global Environmental Services, LLC**                    Case number *(If known)*  **15-52141**
                  Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $90,112.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,056.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $769,777.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,495.96 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $545,220.40 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,375.79 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $18,303.56 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $155,799.31 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,619,141.31 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $1,619,141.31

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Global Environmental Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **15-52141**

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Paul Haddix** | Describe debtor's property that is subject to a lien | **$1,234,683.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**134 St. Andrew Way
Georgetown, KY 40324**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,234,683.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name   **Global Environmental Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **15-52141**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **250.00** | $ **250.00** |
|---|---|---|---|

**City of Springdale**
**Tax Dept.**
**11700 Springfield Plke**
**Cincinnati, OH 45246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2014**

Basis for the claim:
**Delinquent Taxes**

Last 4 digits of account
number **361B**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Delaware Dept of Revenue**

$ **6.60**    $ **6.60**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Sales tax**

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Global Environmental Services, LLC**                                        Case number (if know)   **15-52141**

    First Name         Middle Name         Last Name

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.3**

**Priority creditor's name and mailing address**
**Georgetown/Scott County Revenue Commissi**
**P.O. Box 800**
**Georgetown, KY 40324**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **Unknown**      $   **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.4**

**Priority creditor's name and mailing address**
**Hamilton County Treasurer**
**138 East Court Street**
**Cincinnati, OH 45202**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **Unknown**      $   **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Cincinnati office potential taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **Unknown**      $   **0.00**

**Date or dates debt was incurred**
**2015**

**Basis for the claim:**
**Federal Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | **Global Environmental Services, LLC** | | Case number (if know) | **15-52141** |
| | First Name          Middle Name          Last Name | | | |

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.6**

Priority creditor's name and mailing
address
**Kentucky Child Support
Enforcement
Attn: Phillip Richardson
P.O. Box 14059
Lexington, KY 40512-4059**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **123.00**    $ **123.00**

Date or dates debt was incurred
**2015**

Basis for the claim:
**Child support garnishment for employee**

Last 4 digits of account
number **2822**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (1)

---

**2.7**

Priority creditor's name and mailing
address
**KY Dept. of Revenue
Legal Branch - Bankruptcy
Section
P. O. Box 5222
Frankfort, KY 40602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,082.21**    $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**State Taxes**

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.8**

Priority creditor's name and mailing
address
**Ohio Bureau of Workers
Compensation
P.O. Box 89492
Cleveland, OH 44101-6492**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **413.02**    $ **0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor 1 | **Global Environmental Services, LLC** | | | Case number (if know) | **15-52141** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.9**

**Priority creditor's name and mailing address**
**Ohio Dept of Taxation**
**PO Box 1090**
**Columbus, OH 43216-1090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **244.39**   $ **244.39**

**Date or dates debt was incurred**
**2015**

**Basis for the claim:**
**Sales tax**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.10**

**Priority creditor's name and mailing address**
**Round Rock Tax Office**
**1311 Round Rock Ave**
**Round Rock, TX 78681**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**   $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.11**

**Priority creditor's name and mailing address**
**Texas Child Support SDU**
**Attn: Breece Scott**
**P.O. Box 659791**
**San Antonio, TX 78265-9791**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **115.38**   $ **115.38**

**Date or dates debt was incurred**
**2015**

**Basis for the claim:**
**Child support garnishment for employee**

**Last 4 digits of account number 5521**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**
_____
First Name          Middle Name          Last Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (1)

---

| 2.1 2 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Texas Comptroller of Public Accounts**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,183.22**   $ **1,183.22**

Date or dates debt was incurred
**2015**

Basis for the claim:
**Austin & Hutto Sales taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| 2.1 3 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Travis Central Appraisal District**
**8314 Cross Park Drive**
**P.O. Box 149012**
**Austin, TX 78714-9012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**   $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Austin and Hutto Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| 2.1 4 | | |
|---|---|---|

**Priority creditor's name and mailing address**
**Travis County Tax Office**
**5501 Airport Blvd.**
**Austin, TX 78751-1410**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**   $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Austin taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1  **Global Environmental Services, LLC** _____    Case number (if know)    **15-52141**
        First Name        Middle Name        Last Name

**Specify Code subsection of PRIORITY**
**unsecured claim:**
11 U.S.C. § 507(a) (8)

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**Air New Source (AIRNSR)**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**Air Operating Permits (AirOp)**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **20.25** |

**All Inclusive Outlet**
**1050 Monarch St.**
**Ste 301**
**Lexington, KY 40513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **811.83** |

---

Debtor 1   **Global Environmental Services, LLC**                         Case number (if know)   **15-52141**
     First Name        Middle Name        Last Name

---

**Amerigas 8417**
**PO Box 371473**
**Pittsburgh, PA 15250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **682.67** |

**Amerigas65973**
**P.O. Box 660288**
**Dallas, TX 75266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **757.75** |

**Amtex Scale**
**PO Box 40309**
**Austin, TX 78704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **592.00** |

**Analysis Incorporated**
**3512 Montopolis Drive**
**Austin, TX 78744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor 1    **Global Environmental Services, LLC**                        Case number (if know)    **15-52141**

First Name        Middle Name            Last Name

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **15,089.53** |

**Anthem BCBS Ky Group**
**120 Monument Circle**
**Indianapolis, IN 46204-4903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Health insurance**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **102.57** |

**Arlington Industries**
**1616 S Lakeside Dr.**
**Waukegan, IL 60085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **42.30** |

**Asbury Theological Seminary**
**Attn: Carolee Fleweling**
**204 N. Lexington Ave**
**Wilmore, KY 40390**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.1 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **86.40** |

**Asbury Univesity**
**Attn: Paul Dupree**
**1 Macklem Dr.**
**Wilmore, KY 40390**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

---

Debtor 1    **Global Environmental Services, LLC**                                    Case number (if know)    **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred    **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Assured Neace Lukens**
**1945 Scottsville Rd., Suite 100**
**Bowling Green, KY 42104**

_____

$    **500.00**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**AT&T**
**5565 Glenridge Connector**
**Ste 10A**
**Atlanta, GA 30342**

_____

$    **1,091.64**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred    **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Atmos Energy**
**PO Box 650205**
**Dallas, TX 75265-0205**

_____

$    **51.48**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Gas utility**

Date or dates debt was incurred    **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Austin Business Recycling, LLC**
**1602 Bench Mark Dr.**
**Austin TX 78728**

$    **65.00**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name              Last Name

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____         Is the claim subject to offset?

Last 4 digits of account number _____         ■ No
                                                     ☐ Yes

---

| 3.1 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **270.00** |

**Austin Printer Repair**
**818 Wagon Trail #11**
**Austin, TX 78758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred  **2015**         Is the claim subject to offset?

Last 4 digits of account number _____         ■ No
                                                     ☐ Yes

---

| 3.1 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **129.60** |

**Austin-Bergstrom Int'l Airport**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred  **2015**         Is the claim subject to offset?

Last 4 digits of account number _____         ■ No
                                                     ☐ Yes

---

| 3.1 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **105.00** |

**Balcones Shred**
**9301 Johnny Morris Rd**
**Austin, Tx 78724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____         Is the claim subject to offset?

Last 4 digits of account number _____         ■ No
                                                     ☐ Yes

---

| 3.1 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **3.00** |

Debtor 1    **Global Environmental Services, LLC**                                   Case number (if know)    **15-52141**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

**Barren County Schools**
**310 College St.**
**Barbourville, KY 40906**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Bellevue Independent Schools**
**Attn: Janis Winbigler**
**219 Center St.**
**Bellevue, KY 41073**

$    **432.10**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Blood-Horse LLC**
**3101 Beaumont Ctr Circle**
**Lexington, KY 40513**

$    **14.50**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Bluegrass Community Hospital**
**Attn: Torrance Clark**
**360 Amsden Ave**
**Versailles, KY 40383**

$    **27.90**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

---

Debtor 1  **Global Environmental Services, LLC**                                              Case number (if know)  **15-52141**

First Name            Middle Name                    Last Name

---

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **10,773.84** |

**Bourbon Equipment Rental**
**1011 Carson Drive**
**Paris, KY 40361**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2.70** |

**Boyd County Solid Waste and Recycling**
**Attn: Donna Fechter**
**1862 S Danville By-Pass**
**Danville, KY 40422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **100,000.00** |

**BP Funding Group, LLC**
**110 Woodland Ave.**
**Lexington, KY 40502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Equity Holder**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.2 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **14,125.00** |

**Brock Transportation**
**333 North Canyons Parkway, Ste. 221**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name          Last Name

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |
|---|---|---|---|

**Brownfields (BSA)**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,091.88** |
|---|---|---|---|

**Canon**
**Attn: Marck Benjamin**
**General Affairs**
**One Canon Park**
**Melville, NY 11747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,009.17** |
|---|---|---|---|

**Cash America**
**Attn: James Wilson**
**5001 Rondo Dr.**
**Fort Worth, TX 76106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor 1    **Global Environmental Services, LLC**                                      Case number (if know)    **15-52141**
First Name          Middle Name          Last Name

---

| 3.3 0 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ **525.45** |

**Caverna Independent Schools**
**Attn: Melinda Houk**
**2276 S. Dixie Hwy**
**Horse Cave, KY 42749**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3 1 | **Nonpriority creditor's name and mailing address** | | | $ **17,543.00** |

**Cedarville University**
**251 N. Main St.**
**Cedarville, OH 45314**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3 2 | **Nonpriority creditor's name and mailing address** | | | $ **71,644.12** |

**Central Kentucky Hauling**
**259 W Short St Suite 325**
**Lexington, KY 40507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3 3 | **Nonpriority creditor's name and mailing address** | | | $ **73,413.10** |

**Central Kentucky Landfill**
**604 Bizzell Dr. Suite 250**
**Lexington, KY 40510**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

---

Debtor 1   **Global Environmental Services, LLC**                              Case number (if know)   **15-52141**

First Name          Middle Name              Last Name

---

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No

☐ Yes

---

| 3.3 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **3.60** |

**Central State Hospital**
10510 Lagrange Rd
Louisville, KY 40223-1228

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred **2015**       **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No

☐ Yes

---

| 3.3 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |

**Charles V. Landreville**
664 Murrell Drive
Dayton, OH 45429

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Equity Holder**

Date or dates debt was incurred _____       **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No

☐ Yes

---

| 3.3 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,362.49** |

**CHFS**
1711 Twilight Trail
Frankfort, KY 40301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred **2015**       **Is the claim subject to offset?**

Last 4 digits of account number _____        ■ No

☐ Yes

---

| 3.3 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **326.94** |

---

Debtor 1    **Global Environmental Services, LLC**                    Case number (if know)    **15-52141**
_____
First Name          Middle Name          Last Name

**Cinco Electronic Recycling**          *Check all that apply.*
**Mike King**                            ☐ Contingent
**2301 East St. Elmo Road**              ☐ Unliquidated
**Bldg 3 - Ste 300**                     ☐ Disputed
**Austin, TX 78744**

                                         Basis for the claim:    **Customer**
                                         _____

Date or dates debt was incurred    **2015**          Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.3 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **78.00** |
| | **CitiCorps** | *Check all that apply.* | |
| | **1000 Technology Dr** | ☐ Contingent | |
| | **Attn: Marty Franczak** | ☐ Unliquidated | |
| | **O Fallon, MO 63368** | ☐ Disputed | |

                                         Basis for the claim:    **Customer**
                                         _____

Date or dates debt was incurred    **2015**          Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.3 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,047.30** |
| | **City of Cincinnati - Recreation** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

                                         Basis for the claim:    **Customer**
                                         _____

Date or dates debt was incurred    **2015**          Is the claim subject to offset?

                                                     ■ No
Last 4 digits of account number    _____          ☐ Yes

---

| 3.4 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **59.71** |
| | **City of Cynthiana Waste & Sewer Dept.** | *Check all that apply.* | |
| | **PO Box 67** | ☐ Contingent | |
| | **Cynthiana, KY 41031-0067** | ☐ Unliquidated | |
| | | ☐ Disputed | |

                                         Basis for the claim:    **Utility**
                                         _____

Debtor 1   **Global Environmental Services, LLC**                                        Case number (if know)   **15-52141**
    First Name      Middle Name      Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.4.1**

**Nonpriority creditor's name and mailing address**
**City of Taylor Facilities**
**400 Porter St.**
**Taylor, TX 76574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

$  **36.00**

Date or dates debt was incurred   **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.4.2**

**Nonpriority creditor's name and mailing address**
**Clay County Schools**
**Attn: Jill Carnahaem**
**239 Richmond Rd**
**Manchester, KY 40962**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

$  **1,981.70**

Date or dates debt was incurred   **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.4.3**

**Nonpriority creditor's name and mailing address**
**Cleveland Vocational Industries Inc**
**Attn: Linda McKnight**
**650 N. Post Rd.**
**VA 20150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

$  **56.62**

Date or dates debt was incurred   **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

**3.4.4**

**Nonpriority creditor's name and mailing address**
**Clinton Co. Board of Education**
**Attn: Sid Scott**
**2353 N. Hwy 127**
**Albany, KY 42602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  **370.55**

---

Debtor 1  **Global Environmental Services, LLC**                                Case number (if know)   **15-52141**

First Name          Middle Name                 Last Name

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**         Is the claim subject to offset?

■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.4 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **1,231.25** |

**Colonial Life Insurance**
**PO Box 1365**
**Columbia, SC 29202-1365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred              Is the claim subject to offset?

■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.4 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **2,030.99** |

**Commercial Metals CMC**
**410 N. Austin**
**1704 Howaqrd Lane**
**Austin, TX 78728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**         Is the claim subject to offset?

■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.4 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **3,240.64** |

**Commonwealth Office of Technology**
**101 Twin Oak Circle**
**Attn: Jane Stamper**
**Frankfort, KY 40601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**         Is the claim subject to offset?

■ No

Last 4 digits of account number                  ☐ Yes

---

| 3.4 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **57.00** |

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name          Last Name

---

**Concentra**
**PO Box 9005**
**Addison, TX 75001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number   **8781**
☐ Yes

---

| 3.4 9 | | | $ | 0.00 |

**Nonpriority creditor's name and mailing address**
**Concentrated Animal Feeding**
**Operations**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number
☐ Yes

---

| 3.5 0 | | | $ | 8,000.00 |

**Nonpriority creditor's name and mailing address**
**Coyote Logistics, LLC**
**960 North Point Parkway Suite 105**
**Alpharetta, GA 30005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No

Last 4 digits of account number
☐ Yes

---

| 3.5 1 | | | $ | 4,373.55 |

**Nonpriority creditor's name and mailing address**
**Crown Equipment Corporation**
**PO Box 641173**
**Cincinnati, OH 45264-1173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

---

Debtor 1  **Global Environmental Services, LLC**                                     Case number (if know)  **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5 2 | **Nonpriority creditor's name and mailing address**<br>**Crown Services, Inc**<br>**200 TechneCenter Drive Suite 135**<br>**Milford, OH 45150** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor** | $ **5,541.51** |

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5 3 | **Nonpriority creditor's name and mailing address**<br>**Dell Ink and Toner**<br>**Attn: Jose Vega**<br>**8225 Cross Park Dr.**<br>**Austin, TX 78728** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer** | $ **200.64** |

Date or dates debt was incurred **2015**          Is the claim subject to offset?

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5 4 | **Nonpriority creditor's name and mailing address**<br>**Derichebourg Recycling USA**<br>**7501 Wallisville Rd**<br>**Houston, TX 77020** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Customer** | $ **3,234.35** |

Date or dates debt was incurred **2015**          Is the claim subject to offset?

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5 5 | **Nonpriority creditor's name and mailing address**<br>**Discount Electronics**<br>**1011 W Anderson Ln**<br>**Austin, TX 78757** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **2,800.00** |

---

Debtor 1   **Global Environmental Services, LLC**        Case number (if know)  **15-52141**

First Name     Middle Name         Last Name

Basis for the claim: **Customer**

Date or dates debt was incurred  **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5 6 | | | $ **408.26** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Duplicator Sales & Service**
**831 E Broadway**
**Louisville, KY 40204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Date or dates debt was incurred  **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5 7 | | | $ **402.50** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**E&B Gaylords**
**3943 Scarlet & Gray Way**
**Lawrenceburge, IN 47025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5 8 | | | $ **3,141.66** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**E-Cycling Puerto Rico Inc.**
**Attn: Jose Revera**
**Road PR #3 KM 85.6**
**Humacao, PR 00792**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Date or dates debt was incurred  **2015**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5 9 | | | $ **111.45** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

---

Debtor 1   **Global Environmental Services, LLC**                                      Case number (if know)   **15-52141**
First Name          Middle Name                      Last Name

**Ecology Action of Texas**                           *Check all that apply.*
**Attn: Joaquin Mariel**                              ☐ Contingent
**707 E. 9th St.**                                    ☐ Unliquidated
**Austin, TX 78701**                                 ☐ Disputed

                                                     **Basis for the claim:**   **Vendor**

Date or dates debt was incurred   **2015**            **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.6 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **9,658.39** |

**eCycleSecure**                                      *Check all that apply.*
**Attn: Brett Rhinehart**                             ☐ Contingent
**4300 Northlake Coute**                              ☐ Unliquidated
**Suite K**                                           ☐ Disputed
**Charlotte, NC 28216**

                                                     **Basis for the claim:**   **Vendor**

Date or dates debt was incurred   **2015**            **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.6 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Edwards Aquifer (Austin)**                          *Check all that apply.*
**Mr. David Mann, Waste Section Manager**             ☐ Contingent
**MC R11**                                            ☐ Unliquidated
**PO Box 13087**                                      ☐ Disputed
**Austin, TX 78711-3087**

                                                     **Basis for the claim:**

Date or dates debt was incurred                       **Is the claim subject to offset?**

                                                     ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.6 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Edwards Aquifer (San Antonio)**                     *Check all that apply.*
**Mr. David Mann, Waste Section Manager**             ☐ Contingent
**MC R11**                                            ☐ Unliquidated
**PO Box 13087**                                      ☐ Disputed
**Austin, TX 78711-3087**

                                                     **Basis for the claim:**

---

Debtor 1   **Global Environmental Services, LLC**                                       Case number (if know)   **15-52141**

First Name          Middle Name                    Last Name

---

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No

☐ Yes

---

| 3.6 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Enclosed Container Registration**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No

☐ Yes

---

| 3.6 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **980.16** |

**Encore Propane, LLC**
**11999 IH-10 West**
**Marion, TX 78124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No

☐ Yes

---

| 3.6 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,427.17** |

**Environmental Enterprise**
**319 E Polk Ave**
**McAlester, OK 74501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No

☐ Yes

---

| 3.6 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **1,733.95** |

---

Debtor 1   **Global Environmental Services, LLC**                              Case number (if know)   **15-52141**

| First Name | Middle Name | Last Name |
|---|---|---|

---

**Environmental Recycling, Inc.**
**Attn: James Boutcher**
**3899 Winchester Rd.**
**Lexington, KY 40509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6 7 |

**Nonpriority creditor's name and mailing address**
**Express Service, Inc.**
**PO Box  203901**
**Dallas, TX 75320-3901**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$   **77,340.53**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6 8 |

**Nonpriority creditor's name and mailing address**
**FedEx**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$   **40.00**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **9947**

☐ Yes

---

| 3.6 9 |

**Nonpriority creditor's name and mailing address**
**First Data**
**P.O. Box 173845**
**Denver, CO 80217**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$   **52.89**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **3000**

☐ Yes

---

Debtor 1 **Global Environmental Services, LLC**      Case number *(if know)*    **15-52141**

First Name      Middle Name      Last Name

---

| 3.7 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**First Insurance Funding Corp.**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$    **5,025.28**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**First United Methodist Church**
**200 W. High St.**
**Lexington, KY 40507**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

$    **154.25**

Date or dates debt was incurred **2015**

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fister Distribution, Inc.**
**2325 Palumbo Rd.**
**Lexington, KY 40509**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$    **1,050.00**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fleet One**
**613 Bakertown Rd**
**Antioch, TN 37013**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$    **8,491.98**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Global Environmental Services, LLC**                                     Case number (if know)   **15-52141**

First Name          Middle Name                     Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.7 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **14,882.31** |
|---|---|---|---|

**Freescale**
**Attn: Tracy Hopkins**
**6501 W William Cannon Dr**
**Austin, TX 78735**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.7 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **50.00** |
|---|---|---|---|

**Georgetown Community Hospital**
**PO Box 742755**
**Atlanta, GA 30374**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number   **1076**

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.7 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **260.50** |
|---|---|---|---|

**GLP Icon Owner Pool 6 Austin, LLC**
**P.O. Box 843936**
**Los Angeles, CA 90084-3936**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.7 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **64.00** |
|---|---|---|---|

**Gold Star Chili**
**650 Lunken Park Dr**
**Cincinnati, OH 45226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | **Global Environmental Services, LLC** | | | Case number (if know) | **15-52141** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Basis for the claim:    **Customer**

Date or dates debt was incurred **2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.7 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **630.47** |
|---|---|---|---|

**Goodwill Easter Seals Miami Valley**
**Attn: Roger Baldridge**
**600 S. Main St.**
**Dayton, OH 45402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Vendor**

Date or dates debt was incurred **2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.7 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,266.74** |
|---|---|---|---|

**Goodwill Resource Solutions Ltd.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Customer**

Date or dates debt was incurred **2015**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.8 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **737.49** |
|---|---|---|---|

**Google Inc.**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Vendor**

Date or dates debt was incurred

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.8 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,705.50** |
|---|---|---|---|

Debtor 1   **Global Environmental Services, LLC**                                            Case number (if know)   **15-52141**
            First Name            Middle Name              Last Name

**Google Staffing**                          *Check all that apply.*
**1015 Norwood Park, Blvd.**                 ☐ Contingent
**Austin, TX 78753**                         ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____  **Is the claim subject to offset?**

                                             ■ No
Last 4 digits of account number _____  ☐ Yes

---

| 3.8 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $ **10.00**
**Grace Technologies**                                    *Check all that apply.*
**45053 Grand River, Ste C**                              ☐ Contingent
**Novi, MI 48375**                                        ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**                **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number _____               ☐ Yes

---

| 3.8 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $ **10.80**
**Grayson County Schools**                                *Check all that apply.*
**P.O. Box 4009**                                         ☐ Contingent
**Leitchfield, KY 42755-4099**                            ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**                **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number _____               ☐ Yes

---

| 3.8 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:      $ **149.10**
**Great Paducah Sustainability**                          *Check all that apply.*
**P.O. Box 3685**                                         ☐ Contingent
**Paducah, KY 42002**                                     ☐ Unliquidated
                                                          ☐ Disputed

                                                          **Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**                **Is the claim subject to offset?**

                                                          ■ No
Last 4 digits of account number _____               ☐ Yes

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**
                First Name        Middle Name           Last Name

---

| 3.8 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | **94.68** |

**Greentek Recycling Solutions**
**Attn: Ethan Gilbet**
**5019 Hovis Rd.**
**Charlotte, NC 28208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.8 6 |

**Nonpriority creditor's name and mailing address**

**Guardian**
**3900 Burgess Place**
**Bethlehem, PA 18017**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,041.85**

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.8 7 |

**Nonpriority creditor's name and mailing address**

**Hancock County Schools**
**83 S.R. 3543**
**Hawesville, KY 42348**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,792.25**

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.8 8 |

**Nonpriority creditor's name and mailing address**

**Harris Technologies**
**Attn: Ben Harris**
**1435 S. 18th St.**
**Saint Louis, MO 63104**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **148,550.45**

**Basis for the claim:**   **Customer**

---

Debtor 1   **Global Environmental Services, LLC**                                   Case number (if know)   **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **2015**                    Is the claim subject to offset?

                                                               ■ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.8 9 |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $    **307.40**
**Highbridge Spring Water Co., Inc.**                         *Check all that apply.*
**3830 Highbridge Rd. Po Box 100**                           ☐ Contingent
**Wilmore, KY 40390**                                         ☐ Unliquidated
                                                             ☐ Disputed

                                                             **Basis for the claim:**   **Vendor**

Date or dates debt was incurred   _____            Is the claim subject to offset?

                                                             ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.9 0 |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $    **12.60**
**Hopkins County Schools**                                    *Check all that apply.*
**320 S. Seminar St.**                                        ☐ Contingent
**Madisonville, KY 42431**                                    ☐ Unliquidated
                                                             ☐ Disputed

                                                             **Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**                    Is the claim subject to offset?

                                                             ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.9 1 |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $    **66.00**
**Hospice of Salmon Valley**                                  *Check all that apply.*
**Attn: James Earl**                                          ☐ Contingent
**506 Van Dreff St.**                                         ☐ Unliquidated
**Salmon, ID 83467**                                          ☐ Disputed

                                                             **Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**                    Is the claim subject to offset?

                                                             ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.9 2 |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $    **98.50**
**iEntry**                                                    *Check all that apply.*
**Attn: Michael McDonald**                                    ☐ Contingent
**2549 Richmond Rd. - 2nd Fl**                                ☐ Unliquidated
**Lexington, KY 40509**                                       ☐ Disputed

---

Debtor 1  **Global Environmental Services, LLC**                                      Case number (if know)    **15-52141**
    First Name        Middle Name          Last Name

Basis for the claim:    **Customer**

Date or dates debt was incurred    **2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.9 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Industrial Hazardous Waste Permits (IHW)**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.9 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Industrial Hazardous Waste Registrations**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.9 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Industrial Hazardous Waste-Corrective**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name                      Last Name

---

Date or dates debt was incurred   _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____
☐ Yes

---

| 3.9<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Innocent Operator Program**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

Date or dates debt was incurred   _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____
☐ Yes

---

| 3.9<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Integrated E-Systems, LLC**
**3420 Farmington Road**
**Lexington, KY 40502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Equity Holder**

Date or dates debt was incurred   _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____
☐ Yes

---

| 3.9<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **175.00** |

**Interstate Security Systems, inc.**
**1216 N Third St.**
**Bardstown, KY 40004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred   _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____
☐ Yes

---

| 3.9<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **12,345.00** |

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**
<u>First Name          Middle Name          Last Name</u>

**Item Inc.**                                     *Check all that apply.*
**991 Annapolis Way**                             ☐ Contingent
**Woodbridge, VA  22191**                         ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**   <u>**Vendor**</u>

Date or dates debt was incurred  _____         **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number  _____         ☐ Yes

---

| 3.1 00 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **245.00** |

**Jack Mann Scales, Inc**                         *Check all that apply.*
**2073 Mercer Road**                              ☐ Contingent
**Lexington, KY  40511-1018**                     ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**   <u>**Vendor**</u>

Date or dates debt was incurred  _____         **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number  _____         ☐ Yes

---

| 3.1 01 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **261.73** |

**Jani-King of Austin**                           *Check all that apply.*
**2523 South Lakeline BLVD.**                     ☐ Contingent
**Cedar Park, TX 78613**                          ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**   <u>**Vendor**</u>

Date or dates debt was incurred  _____         **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number  _____         ☐ Yes

---

| 3.1 02 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **388.80** |

**Jefferson County Public Schools**              *Check all that apply.*
**C.B. Young Center**                             ☐ Contingent
**Louisville, KY 40209**                          ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**   <u>**Customer**</u>

Date or dates debt was incurred  **2015**        **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number  _____         ☐ Yes

---

Debtor 1  **Global Environmental Services, LLC** _____  Case number (if know)  **15-52141**

First Name    Middle Name    Last Name

---

| | |
|---|---|
| 3.1 03 | |

**Nonpriority creditor's name and mailing address**
**Junk King Cincinnati**
**2736 E Kemper Rd**
**Cincinnati, OH 45241**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number  _____

**Is the claim subject to offset?**

■ No
☐ Yes

$  **13.00**

---

| | |
|---|---|
| 3.1 04 | |

**Nonpriority creditor's name and mailing address**
**Junk-King**
**1800 Central Commerce Ct**
**Round Rock, TX 78664**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number  _____

**Is the claim subject to offset?**

■ No
☐ Yes

$  **114.30**

---

| | |
|---|---|
| 3.1 05 | |

**Nonpriority creditor's name and mailing address**
**JVS Environmental**
**Attn: Rick Miller**
**413 Broadway St.**
**Rockwood, PA 15557**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred  **2015**

Last 4 digits of account number  _____

**Is the claim subject to offset?**

■ No
☐ Yes

$  **3,223.52**

---

| | |
|---|---|
| 3.1 06 | |

**Nonpriority creditor's name and mailing address**
**Kenneth E. Gravitt**
**105 Cavalier Cove**
**Hutto, TX 78634**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Equity Holder**

$  **0.00**

---

Debtor 1   **Global Environmental Services, LLC**      Case number (if know)   **15-52141**

First Name    Middle Name    Last Name

---

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No<br>☐ Yes |

---

| **3.1 07** | Nonpriority creditor's name and mailing address<br>**Kenneth E. Gravitt**<br>**105 Cavalier Cove**<br>**Hutto, TX 78634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **0.00** |

Basis for the claim:   **Equity Holder**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No<br>☐ Yes |

---

| **3.1 08** | Nonpriority creditor's name and mailing address<br>**Kentucky Dept. of Parks**<br>**Attn: Kim Stamper**<br>**500 Mero St.**<br>**Capital Plaza Tower**<br>**Frankfort, KY 40601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **36.80** |

Basis for the claim:   **Customer**

| Date or dates debt was incurred | **2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No<br>☐ Yes |

---

| **3.1 09** | Nonpriority creditor's name and mailing address<br>**Kentucky Dept. of Transportation**<br>**Attn: Bonnie Estes**<br>**Motor Vehicle Licensing Warehouse**<br>**1239 Wilkinson Blvd.**<br>**Frankfort, KY 40601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **7.60** |

Basis for the claim:   **Customer**

| Date or dates debt was incurred | **2015** | Is the claim subject to offset? |
| Last 4 digits of account number | | ■ No<br>☐ Yes |

---

| **3.1 10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **6.30** |

---

Debtor 1    **Global Environmental Services, LLC**                              Case number (if know)    **15-52141**
First Name          Middle Name          Last Name

**Kentucky Educational TV**                    *Check all that apply.*
**600 Cooper Dr.**                             ☐ Contingent
**Lexington, KY 40502**                        ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**    **Is the claim subject to offset?**

                                               ■ No
Last 4 digits of account number                ☐ Yes

---

| 3.1 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ **5,348.51**
**Kentucky Finance and Admin Cabinet**                 *Check all that apply.*
**Attn: Barbara Beard**                                ☐ Contingent
**702 Capital Ave.**                                   ☐ Unliquidated
**Frankfort, KY 40601**                                ☐ Disputed

                                                       **Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**            **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number                        ☐ Yes

---

| 3.1 12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ **50.00**
**Kentucky Labor Cabinet**                             *Check all that apply.*
**1047 US Hwy 127**                                    ☐ Contingent
**Frankfort, KY 40601**                                ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**            **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number                        ☐ Yes

---

| 3.1 13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ **236.70**
**Kentucky State University**                          *Check all that apply.*
**400 E. Main St.**                                    ☐ Contingent
**Frankfort, KY 40601**                                ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**    **Customer**

---

Debtor 1  **Global Environmental Services, LLC**                                      Case number (if know)  **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred   **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1<br>14 | Nonpriority creditor's name and mailing address | | $ | **82.80** |

**Kentucky Teachers Retirement System**
**Attn: Lindsey Wells**
**479 Versailles Rd**
**Frankfort, KY 40601-3800**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1<br>15 | Nonpriority creditor's name and mailing address | | $ | **4,226.65** |

**Kentucky Utility**
**P O Box 9001954**
**Louisville, KY 40290-1954**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Utility**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1<br>16 | Nonpriority creditor's name and mailing address | | $ | **1,004.75** |

**Keystone Memory**
**2221 Cabot Blvd. W**
**Ste D**
**Langhorne, PA 19047**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1<br>17 | Nonpriority creditor's name and mailing address | | $ | **715.00** |

As of the petition filing date, the claim is:

---

Debtor 1   **Global Environmental Services, LLC** _____   Case number (if know)   **15-52141**
First Name       Middle Name         Last Name

**L2PS Office Machine Specialists**
**5616 IH-10 West, Suite 102**
**San Antonio, TX 78201**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **39.28** |
|---|---|---|---|

**Lexington Habitat for Humanity Restore**
**451 Southland Dr**
**Lexington, KY 40503**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**
_____

| | |
|---|---|
| Date or dates debt was incurred **2015** | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

**Licensing**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.1 20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **11,750.25** |
|---|---|---|---|

**Logical Maintenance Solutions, Inc.**
**17551 Von Karman Ave.**
**Irvine, CA  92614**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**
_____

---

Debtor 1  **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name                 Last Name

---

Date or dates debt was incurred  _____   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,567.85** |

**Nonpriority creditor's name and mailing address**
**Lowes / MBGA / GEMB**
**Attention:  Bankruptcy Department**
**Po Box 103104**
**Roswell, GA 30076**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **credit card**

$ **9,567.85**

Date or dates debt was incurred  **2015**   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 22 |

**Nonpriority creditor's name and mailing address**
**Luminex**
**Attn: Herb Ganz**
**12212 Technology Blvd.**
**Austin, TX 78727**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

$ **69.05**

Date or dates debt was incurred  **2015**   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 23 |

**Nonpriority creditor's name and mailing address**
**M-Powertech**
**Attn: Kyle Calhoon**
**c/o Goldman Sachs**
**100 Crescent Ct, Ste 1000**
**Dallas, TX 75201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

$ **1,339.63**

Date or dates debt was incurred  **2015**   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **15.78** |

---

Debtor 1 **Global Environmental Services, LLC**                    Case number (if know)    **15-52141**

First Name          Middle Name          Last Name

---

**Manor New Tech**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.1 25 | **Nonpriority creditor's name and mailing address** | | $ **175.00** |
|---|---|---|---|

**Max Effect Pest Control**
P.O. Box 4732
Frankfort, KY  40604

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.1 26 | **Nonpriority creditor's name and mailing address** | | $ **192.60** |
|---|---|---|---|

**Mayfield School District**
Attn: Cheri Gossett
914 E. College St.
Mayfield, KY 42066

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

| 3.1 27 | **Nonpriority creditor's name and mailing address** | | $ **101.70** |
|---|---|---|---|

**McCreary County Recycling Center**
57 Caterpillar Dr.
Stearns, KY 42647

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number                    ☐ Yes

---

Debtor 1    **Global Environmental Services, LLC**                          Case number (if know)    **15-52141**

First Name          Middle Name              Last Name

---

| 3.1 |
|-----|
| 28  |

**Nonpriority creditor's name and mailing address**

**Medical Waste On-Site Treatment Regis**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 |
|-----|
| 29  |

**Nonpriority creditor's name and mailing address**

**Medical Waste Transporter Registration**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 |
|-----|
| 30  |

**Nonpriority creditor's name and mailing address**

**Metcalfe County Recycling Center**
**910 Industrial Dr.**
**Edmonton, KY 42129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Customer**

$    **28.95**

Date or dates debt was incurred    **2015**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.1 |
|-----|
| 31  |

**Nonpriority creditor's name and mailing address**

**Miami University**
**IT Services**
**521 S Patterson Ave**
**Oxford, OH 45066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Customer**

$    **4,527.98**

---

Debtor 1  **Global Environmental Services, LLC**                          Case number (if know)  **15-52141**

First Name        Middle Name              Last Name

---

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **76.80** |

**Moskowitz Bros. Inc.**
**Scrap & Iron Metals**
**5300 Vine St.**
**Cincinnati, OH 45217**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,195.25** |

**Muhlenberg County Schools**
**Attn: Chad Wells**
**201 Airport Rd**
**Greenville, KY 42345**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Date or dates debt was incurred  **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**Municipal Solid Waste**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.1 35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **974.80** |

Debtor 1   **Global Environmental Services, LLC**

First Name          Middle Name          Last Name          Case number (if know)   **15-52141**

**Murray State University**
**Attn: Leigh Stanislaw**
**200 General Services**
**Murray, KY 42071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 36 | **Nonpriority creditor's name and mailing address** | | $ **159.70** |
|---|---|---|---|

**Murray/Calloway ATC**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 37 | **Nonpriority creditor's name and mailing address** | | $ **19,864.09** |
|---|---|---|---|

**Nesco Resource**
**PO Box 901372**
**Cleveland, OH 44190-1372**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 38 | **Nonpriority creditor's name and mailing address** | | $ **723.24** |
|---|---|---|---|

**New Benefits, Ltd.**
**PO Box 803475**
**Dallas, TX 75380**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor 1    **Global Environmental Services, LLC**                                    Case number (if know)    **15-52141**

First Name        Middle Name            Last Name

---

| 3.1 39 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**New Prospect Contact Center**
**2355 Hwy  101 South Unit J**
**Greer, SC 29651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

$ **350.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 40 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nicholas County Schools**
**Attn: Jeremy McChord**
**395 W. Main St.**
**Carlisle, KY 40311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

$ **28.80**

Date or dates debt was incurred **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 41 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Norris Technology**
**3232 Skylane Dr.**
**Dallas, TX 75252**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

$ **5,810.16**

Date or dates debt was incurred **2015**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.1 42 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Office Depot, Inc**
**PO Box 88040**
**CinCinnati, OH 60680-1040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

$ **1,237.00**

---

Debtor 1  **Global Environmental Services, LLC**                                    Case number (if know)    **15-52141**

|  First Name | Middle Name | Last Name |

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number _____    ■ No
☐ Yes

---

| 3.1 43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **6,809.06** |

**Ohio State University**
**Attn: Michelle Tiburzi**
**A/P - Blankenship Hall - 2010**
**901 Woody Hayes Dr**
**Columbus, OH 43210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Customer**

Date or dates debt was incurred **2015**    **Is the claim subject to offset?**

Last 4 digits of account number _____    ■ No
☐ Yes

---

| 3.1 44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **1,417.15** |

**Ohio Valley Goodwill**
**Attn: Jeff Eastham**
**10600 Springfield Pike**
**Cincinnati, OH 45215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Vendor**

Date or dates debt was incurred **2015**    **Is the claim subject to offset?**

Last 4 digits of account number _____    ■ No
☐ Yes

---

| 3.1 45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |

**On-Site Sewage Facilities**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number _____    ■ No
☐ Yes

---

| 3.1 46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **43,747.41** |

---

Debtor 1    **Global Environmental Services, LLC**                                  Case number (if know)    **15-52141**
            First Name          Middle Name              Last Name

**One Source Freight LLC**                    Check all that apply.
**1305 W 1st Street Suite 201**               ☐ Contingent
**Tempe, AZ 85281**                           ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**    **Vendor**

Date or dates debt was incurred _____      **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.1 47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **4,247.82** |

**Orion Registrar, Inc.**                     Check all that apply.
**7502 W. 80th Ave, Ste 225**                 ☐ Contingent
**Arvada, CO 80003-2128**                     ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**    **Vendor**

Date or dates debt was incurred _____      **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.1 48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **550.61** |

**P&H Equipment**                             Check all that apply.
**1707 Bench Mark  Dr**                       ☐ Contingent
**Austin, TX 78728**                          ☐ Unliquidated
                                              ☐ Disputed

                                              **Basis for the claim:**    **Vendor**

Date or dates debt was incurred _____      **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.1 49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **30.00** |

**Pacific Manufacturing Ohio Inc.**           Check all that apply.
**Attn: Veronica Smith**                      ☐ Contingent
**8955 Seward Road**                          ☐ Unliquidated
**Hamilton, OH 45011**                        ☐ Disputed

                                              **Basis for the claim:**    **Customer**

Date or dates debt was incurred **2015**      **Is the claim subject to offset?**
                                              ■ No
Last 4 digits of account number _____      ☐ Yes

---

Debtor 1   **Global Environmental Services, LLC**                                          Case number (if know)   **15-52141**

First Name          Middle Name                    Last Name

---

| | |
|---|---|
| **3.1 50** | |

**Nonpriority creditor's name and mailing address**

**Parke Physicans PLLC**
**155 E Market St, Ste 425**
**Indianapolis, IN 46204-3287**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Employee claims**

$  **9,502.00**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| **3.1 51** | |

**Nonpriority creditor's name and mailing address**

**PayCom**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Payroll vendor**

$  **2,391.99**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| **3.1 52** | |

**Nonpriority creditor's name and mailing address**

**Pendleton County Schools**
**2525 Hwy 27 N.**
**Falmouth, KY 41040**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

$  **796.35**

Date or dates debt was incurred   **2015**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| **3.1 53** | |

**Nonpriority creditor's name and mailing address**

**Penske Truck Leasing**
**P.O. Box 802577**
**Chicago, IL 60680-2577**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

$  **16,528.09**

---

Debtor 1    **Global Environmental Services, LLC**                                    Case number (if know)    **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred    **2015**                Is the claim subject to offset?

■ No

Last 4 digits of account number    **0438**

☐ Yes

---

| 3.1 54 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $    **0.00**

**Petroleum Storage Tank**                                Check all that apply.
**Mr. David Mann, Waste Section Manager**                  ☐ Contingent
**MC R11**                                                ☐ Unliquidated
**PO Box 13087**                                          ☐ Disputed
**Austin, TX 78711-3087**

Basis for the claim:

Date or dates debt was incurred                          Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 55 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $    **0.00**

**Phil Needham**                                          Check all that apply.
**1919 Newtown Pike**                                     ☐ Contingent
**Georgetown, KY 40324**                                  ☐ Unliquidated
                                                          ☐ Disputed

Basis for the claim:    **Equity Holder**

Date or dates debt was incurred                          Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 56 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $    **31.50**

**Pike County Schools**                                   Check all that apply.
**318 S. Mayo Trail**                                     ☐ Contingent
**Pikeville, KY 41501**                                   ☐ Unliquidated
                                                          ☐ Disputed

Basis for the claim:    **Customer**

Date or dates debt was incurred    **2015**              Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 57 |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is:                    $    **1,329.36**

---

| Debtor 1 | **Global Environmental Services, LLC** | | Case number (if know) | **15-52141** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Pomeroy**
**P.O. Box 658**
**Hebron, KY 41048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 58 | | $ **66.00** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Powertronic Group**
**Attn: Alexandra Sanchez**
**1800 NW 135 Ave. Unit 110**
**Miami, FL 33182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 59 | | $ **273.81** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Premier Logitech**
**Attn: Scott Paul**
**1100 Avenue T**
**Temple, TX 76505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1 60 | | $ **364.29** |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Prolift Industrial Equipment**
**12001 Plantside Dr.**
**Louisville, KY 40299**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name        Middle Name              Last Name

---

| 3.1<br>61 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Proximo Distillers, LLC**
**220 Shipping St.**
**Lawrenceburg, IN 47025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

$                    **83.25**

Date or dates debt was incurred  **2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1<br>62 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Public Health Dayton & Montgomery**
**County**
**Attn: Lindy Carroll**
**117 S. Main St.**
**Dayton, OH 45402-1280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

$                    **8,655.00**

Date or dates debt was incurred  **2015**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1<br>63 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Public Water Supply**
**Mr. David Mann, Waste Section Manager**
**MC R11**
**PO Box 13087**
**Austin, TX 78711-3087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$                    **0.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.1<br>64 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Quality Manufacturing Inc.**
**Attn: Rich Barker**
**5855 Rockwell Road**
**Winchester, KY 40391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

$                    **50.00**

---

Debtor 1  **Global Environmental Services, LLC**  _____   Case number (if know)  **15-52141**

First Name          Middle Name          Last Name

---

Date or dates debt was incurred  **2015**                Is the claim subject to offset?

Last 4 digits of account number  _____            ☑ No
                                                        ☐ Yes

---

| 3.1 65 | | | $ | **696.85** |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:
                                                        _Check all that apply._
**R3**
**Attn: Marcos Garza**                                   ☐ Contingent
**215 W. San Antonio St.**                               ☐ Unliquidated
**Bldg. 500**                                            ☐ Disputed
**San Marcos, TX 78666**

                                                        Basis for the claim:   **Customer**

Date or dates debt was incurred  **2015**                Is the claim subject to offset?

Last 4 digits of account number  _____            ☑ No
                                                        ☐ Yes

---

| 3.1 66 | | | $ | **2,123.35** |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:
                                                        _Check all that apply._
**Randy's Recycling**                                    ☐ Contingent
**87 Ky Hwy 3016**                                       ☐ Unliquidated
**Cynthiana, KY 41031**                                  ☐ Disputed

                                                        Basis for the claim:   **Customer**

Date or dates debt was incurred  **2015**                Is the claim subject to offset?

Last 4 digits of account number  _____            ☑ No
                                                        ☐ Yes

---

| 3.1 67 | | | $ | **10,319.17** |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:
                                                        _Check all that apply._
**Republic Services**                                    ☐ Contingent
**P.O. Box 9001099**                                     ☐ Unliquidated
**Louisville, KY 40290-1099**                            ☐ Disputed

                                                        Basis for the claim:   **Vendor**

Date or dates debt was incurred  _____            Is the claim subject to offset?

Last 4 digits of account number  _____            ☑ No
                                                        ☐ Yes

---

| 3.1 68 | | | $ | **414.97** |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:

---

Debtor 1    **Global Environmental Services, LLC**

First Name        Middle Name        Last Name        Case number (if know)    **15-52141**

---

**Resale Resource**
**Attn: Ed Garcia**
**10200 McKalla**
**Austin, TX 78758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 69 | | | $ | **1,432.26** |

Nonpriority creditor's name and mailing address
**RET3**
**Attn: Kenny Kovatch**
**1814 E. 40th St.**
**Cleveland, OH 44103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 70 | | | $ | **46.80** |

Nonpriority creditor's name and mailing address
**Roederer Correctional Complex**
**Attn: Tonya Hunter**
**3001 W. Hwy 146**
**4000 Morgan Rd.**
**La Grange, KY 40031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Customer**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1 71 | | | $ | **10,750.00** |

Nonpriority creditor's name and mailing address
**RTS Financial**
**PO Box 840267**
**Dallas, TX  75284-0267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

---

Debtor 1   **Global Environmental Services, LLC** _____   Case number (if know)   **15-52141**

First Name        Middle Name          Last Name

---

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
☐ Yes

---

| 3.1 72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **176.97** |
|---|---|---|---|

**Rumpke**
**10795 Hughes Rd.**
**Cincinnati, OH 45251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
☐ Yes

---

| 3.1 73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **236.19** |
|---|---|---|---|

**Ryder Transportation Services**
**11690 NW 105 St.**
**Miami, FL 33178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Vendor**

Date or dates debt was incurred   **2015**   **Is the claim subject to offset?**

Last 4 digits of account number   **ntal**   ■ No
☐ Yes

---

| 3.1 74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **166.10** |
|---|---|---|---|

**Salado ISD**
**P.O. Box 98**
**Salado, TX 76571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Customer**

Date or dates debt was incurred   **2015**   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
☐ Yes

---

| 3.1 75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **977.31** |
|---|---|---|---|

**Scott County Public Schools**
**2168 Frankfort Pike**
**Georgetown, KY 40324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **Global Environmental Services, LLC**                                Case number (if know)    **15-52141**

First Name          Middle Name              Last Name

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**              Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.1 76 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott County Sheriff**
**120 N. Hamilton**
**Georgetown, KY 40324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **15.00**

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**              Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.1 77 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shattuck LLC**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **68.92**

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**              Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.1 78 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shred-It**
**6838 Fairfield Business Ctr Dr**
**Attn: Chad Schiesler**
**Fairfield, OH 45014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **458.05**

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**              Is the claim subject to offset?

☑ No

Last 4 digits of account number                          ☐ Yes

---

| 3.1 79 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ **29.20**

Debtor 1    **Global Environmental Services, LLC**                                          Case number (if know)    **15-52141**
First Name          Middle Name          Last Name

**Simpson Strong-Tie**                          *Check all that apply.*
**Attn: Teresa Abate**                          ☐ Contingent
**2221 Country Ln**                             ☐ Unliquidated
**McKinney, TX 75069**                          ☐ Disputed

                                                **Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**      **Is the claim subject to offset?**

                                                ■ No
Last 4 digits of account number                 ☐ Yes

---

| 3.1 80 |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $    **0.00**
**Sludge - Registration & Permits**                        *Check all that apply.*
**Mr. David Mann, Waste Section Manager**                  ☐ Contingent
**MC R11**                                                 ☐ Unliquidated
**PO Box 13087**                                           ☐ Disputed
**Austin, TX 78711-3087**

                                                           **Basis for the claim:**

Date or dates debt was incurred                            **Is the claim subject to offset?**

                                                           ■ No
Last 4 digits of account number                            ☐ Yes

---

| 3.1 81 |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $    **0.00**
**Sludge - Transporters**                                  *Check all that apply.*
**Mr. David Mann, Waste Section Manager**                  ☐ Contingent
**MC R11**                                                 ☐ Unliquidated
**PO Box 13087**                                           ☐ Disputed
**Austin, TX 78711-3087**

                                                           **Basis for the claim:**

Date or dates debt was incurred                            **Is the claim subject to offset?**

                                                           ■ No
Last 4 digits of account number                            ☐ Yes

---

| 3.1 82 |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $    **0.00**
**Storm Water**                                            *Check all that apply.*
**Mr. David Mann, Waste Section Manager**                  ☐ Contingent
**MC R11**                                                 ☐ Unliquidated
**PO Box 13087**                                           ☐ Disputed
**Austin, TX 78711-3087**

                                                           **Basis for the claim:**

| Debtor 1 | **Global Environmental Services, LLC** | | Case number (if know) | **15-52141** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.1 83**

**Nonpriority creditor's name and mailing address**

**Sunstate Equipment Co., LLC.**
PO Box 52581
Phoenix, AZ 85072-2581

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

$ **5,086.46**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.1 84**

**Nonpriority creditor's name and mailing address**

**Superior Linen & Apparel Services, Inc.**
481 Wayne Street
Cincinnati, OH 45206

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

$ **952.93**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.1 85**

**Nonpriority creditor's name and mailing address**

**Tabernus**
11130 Jollyville Road Suite 203
Austin, TX 78759

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

$ **4,043.60**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.1 86**

**Nonpriority creditor's name and mailing address**

**Taylor Project Management and Consulting**
15606 Staffordshire Ln
Austin, TX 78717

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **300.00**

---

Debtor 1   **Global Environmental Services, LLC**                              Case number (if know)   **15-52141**

First Name          Middle Name                Last Name

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____        Is the claim subject to offset?

■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.1 87 | **Nonpriority creditor's name and mailing address** | | $ | **1,247.50** |

**Tech Dogs LLC**
**P.O. Box 941485**
**Plano, TX 75074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Date or dates debt was incurred _____        Is the claim subject to offset?

■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.1 88 | **Nonpriority creditor's name and mailing address** | | $ | **2,130.27** |

**Techway Services**
**12880 Valley Branch Ln**
**Dallas, TX 75234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred **2015**        Is the claim subject to offset?

■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.1 89 | **Nonpriority creditor's name and mailing address** | | $ | **51,853.12** |

**Temp Now Staffing Inc./Transfac Capital,**
**P.O. Box 3238**
**Salt Lake City, UT 84110-3238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Date or dates debt was incurred **2015**        Is the claim subject to offset?

■ No
Last 4 digits of account number _____        ☐ Yes

---

| 3.1 90 | **Nonpriority creditor's name and mailing address** | | $ | **123.00** |

As of the petition filing date, the claim is:

---

Debtor 1  **Global Environmental Services, LLC**                                    Case number (if know)    **15-52141**
          First Name        Middle Name              Last Name

**Texas Custom Cleaners**                    *Check all that apply.*
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:**    **Customer**

Date or dates debt was incurred    **2015**        **Is the claim subject to offset?**

                                             ■ No
Last 4 digits of account number                  ☐ Yes

---

| 3.1 91 | | | | $ | **29,389.51** |

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
**Texas Disposal Systems Inc.**                        *Check all that apply.*
**PO Box 660816**                                      ☐ Contingent
**Dallas, TX 75266-0817**                              ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**    **Vendor**

Date or dates debt was incurred                        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number                        ☐ Yes

---

| 3.1 92 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
**Tires**                                              *Check all that apply.*
**Mr. David Mann, Waste Section Manager**              ☐ Contingent
**MC R11**                                             ☐ Unliquidated
**PO Box 13087**                                       ☐ Disputed
**Austin, TX 78711-3087**

                                                       **Basis for the claim:**

Date or dates debt was incurred                        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number                        ☐ Yes

---

| 3.1 93 | | | | $ | **0.00** |

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
**Todd Rumpke**                                        *Check all that apply.*
**5361 Grand Legacy Drive**                            ☐ Contingent
**Maineville, OH 45039**                               ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**    **Equity Holder**

---

Debtor 1  **Global Environmental Services, LLC**                                    Case number (*if know*)  **15-52141**

First Name        Middle Name              Last Name

---

Date or dates debt was incurred  _____   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **0.00** |

**Travelers**
**PO Box 660317**
**CL Remittance Center**
**Dallas, TX 75266-0317**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Date or dates debt was incurred  _____   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,930.56** |

**Truth Consulting**
**838 E High St #309**
**Lexington, KY 40502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____   Is the claim subject to offset?

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.1 96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **60.77** |

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Toll Card**

Date or dates debt was incurred  **2015**   Is the claim subject to offset?

■ No

Last 4 digits of account number  **8831**   ☐ Yes

---

| 3.1 97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **2,149.32** |

**TXU Energy**
**6555 Sierra Dr.**
**Irving, TX 75039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **Global Environmental Services, LLC**                                    Case number (if know)   **15-52141**

First Name          Middle Name              Last Name

---

Basis for the claim:   **Utility**

Date or dates debt was incurred   **2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                    ☐ Yes

---

3.1
98

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $   **24,570.75**
                                                            *Check all that apply.*
**Uline, Inc.**                                              ☐ Contingent
**ATTN: Accounts Receivable**                                ☐ Unliquidated
**PO Box 88741**                                             ☐ Disputed
**Chicago, IL 60680-1741**

Basis for the claim:   **Vendor**

Date or dates debt was incurred                    Is the claim subject to offset?

■ No
Last 4 digits of account number                    ☐ Yes

---

3.1
99

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $   **231.20**
                                                            *Check all that apply.*
**Unified Prosecutorial Systems**                            ☐ Contingent
**1024 Capital Center Dr.**                                  ☐ Unliquidated
**Frankfort, KY 40601**                                      ☐ Disputed

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                    ☐ Yes

---

3.2
00

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $   **212.51**
                                                            *Check all that apply.*
**United Bank**                                              ☐ Contingent
**Attn: Leisa Newton**                                       ☐ Unliquidated
**100 United Dr**                                            ☐ Disputed
**Versailles, KY 40383**

Basis for the claim:   **Customer**

Date or dates debt was incurred   **2015**          Is the claim subject to offset?

■ No
Last 4 digits of account number                    ☐ Yes

---

3.2
01

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $   **12,422.01**

---

Debtor 1 **Global Environmental Services, LLC**                                                    Case number (if know)   **15-52141**
First Name              Middle Name              Last Name

**UPS**                                          *Check all that apply.*
**5647 W. 74th St**                              ☐ Contingent
**Indianapolis, IN. 46278**                      ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:**   Vendor

Date or dates debt was incurred _____  **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number _____
                                                 ☐ Yes

---

| 3.2<br>02 | **Nonpriority creditor's name and mailing address**<br>**US Bank** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **17,802.02** |

                                                 **Basis for the claim:**   credit card

Date or dates debt was incurred  **2015**        **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number _____
                                                 ☐ Yes

---

| 3.2<br>03 | **Nonpriority creditor's name and mailing address**<br>**Warren County Public Schools**<br>**PO Box 51810**<br>**Bowling Green, KY 42102-6810** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **1,699.50** |

                                                 **Basis for the claim:**   Customer

Date or dates debt was incurred  **2015**        **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number _____
                                                 ☐ Yes

---

| 3.2<br>04 | **Nonpriority creditor's name and mailing address**<br>**Waste Management Recycle America**<br>**Attn: Charlene Malsom**<br>**4600 N. Port Washington Rd.**<br>**Milwaukee, WI 53212** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ **106.42** |

                                                 **Basis for the claim:**   Customer

Date or dates debt was incurred  **2015**        **Is the claim subject to offset?**

                                                 ■ No
Last 4 digits of account number _____
                                                 ☐ Yes

---

Debtor 1   **Global Environmental Services, LLC**                                   Case number (if know)   **15-52141**
            First Name      Middle Name          Last Name

---

| 3.2<br>05 | **Nonpriority creditor's name and mailing address**<br>**Waste Water**<br>**Mr. David Mann, Waste Section Manager**<br>**MC R11**<br>**PO Box 13087**<br>**Austin, TX 78711-3087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **0.00** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2<br>06 | **Nonpriority creditor's name and mailing address**<br>**Water Quality**<br>**Mr. David Mann, Waste Section Manager**<br>**MC R11**<br>**PO Box 13087**<br>**Austin, TX 78711-3087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **0.00** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2<br>07 | **Nonpriority creditor's name and mailing address**<br>**Water Rights**<br>**Mr. David Mann, Waste Section Manager**<br>**MC R11**<br>**PO Box 13087**<br>**Austin, TX 78711-3087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $ **0.00** |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2<br>08 | **Nonpriority creditor's name and mailing address**<br>**Wells Fargo**<br>**Attn: Jason Brackhahn**<br>**10900B Research Blvd.**<br>**Austin, TX 78759** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Line of Credit** | $ **10,226.33** |

---

Debtor 1    **Global Environmental Services, LLC**     Case number (if know) **15-52141**

   First Name    Middle Name     Last Name

---

Date or dates debt was incurred **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2 09 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**West Point Products**
**PO Box 8580**
**Carol Stream, IL 60197-8580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

$ **22,972.91**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2 10 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Winchester Warehouse Company, LLC**
**1465 West Lexington Ave.**
**Winchester, KY 40391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landford**

$ **10,000.00**

Date or dates debt was incurred **2015**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.2 11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yellow Pages United**
**PO Box 53282**
**Atlanta, GA 30355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

$ **296.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    **Page 63 of 64**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Global Environmental Services, LLC** | | Case number (if know) | **15-52141** |
|---|---|---|---|---|
| | First Name     Middle Name          Last Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Martin Gottlieb & Associates**<br>**P.O. Box 57400**<br>**Jacksonville, FL 32241-7400** | Line **3.150**<br><br>☐  Not listed. Explain | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **5,417.82** |
| **5b. Total claims from Part 2** | 5b. | + $ | **1,047,086.62** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,052,504.44** |

**Fill in this information to identify the case:**

Debtor name   **Global Environmental Services, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known)   **15-52141**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for Cincinnati location as of 2/11/14** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Cabot Ind'l Value Fund II OP, LP**<br>**4057 Solutions Center**<br>**Chicago, IL 60677-4000** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Contract between Division of Waste Management and GES dated 11/12/14** | **Energy and Environment Cabinet**<br>**Division of Waste Management**<br>**c/o Thomas Heil** |
| State the term remaining | | **200 Fair Oaks Lane, 2nd Fl** |
| List the contract number of any government contract | **MA758-1500000518** | **Frankfort, KY 40601** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Contract DJU4600004597** | **Federal Bureau of Prisons** |
| State the term remaining | | **UNIOR - Recycling Business Group**<br>**Attn: Tina Martinez**<br>**5980 Knauth Road** |
| List the contract number of any government contract | | **Beaumont, TX 77705** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for Austin TX location** | **GLP** |
| State the term remaining | | **Two North Riverside Plaza**<br>**Attn: Neil A. Klein** |
| List the contract number of any government contract | | **Suite 2350**<br>**Chicago, IL 60606** |

Debtor 1  **Global Environmental Services, LLC**                              Case number (*if known*)  **15-52141**
   First Name         Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for Hutto, TX location** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **HLT Properties, LLC**<br>**9613 Tavares Cove**<br>**Austin, TX 78733** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ICON Logistics, Inc**<br>**One Bush Street, Ste 1100**<br>**San Francisco, CA 94104** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **IndCor Properties, Inc.**<br>**Two North Riverside Plaza, Ste 2350**<br>**Chicago, IL 60606** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract between PHDMC & GES dated 6/3/15** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Public Health-Dayton & Montgomery County**<br>**117 South Main St.**<br>**Dayton, OH 45422-1280** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for G-Town, KY location dtd appx 3/2008** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Scott Industrial Storage Co**<br>**P.O. Box 4055**<br>**Winchester, KY 40391** |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for Cynthiana, KY location dtd approx. 10/14** | |
| | State the term remaining | | |
| | List the contract number of | | **Stratton Properties**<br>**1424 Stratton Road**<br>**Cynthiana, KY 41031** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Global Environmental Services, LLC** | | Case number (*if known*) | **15-52141** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| any government contract | |

| | | |
|---|---|---|
| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract #12-85865212 between OSU & GES dtd 6/30/124** |
| | State the term remaining | **The Ohio State University Purchasing Dept. 2650 Kenny Road Columbus, OH 43210-1060** |
| | List the contract number of any government contract | |
| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease for Winchester, KY location dtd approx. 3/23/15** |
| | State the term remaining | **Winchester Warehouse Company LLC 1465 West Lexinton Ave Winchester, KY 40391** |
| | List the contract number of any government contract | |
| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract between Xerox and GES dtd 12/19/12** |
| | State the term remaining | **Xerox P.O. Box 382169 Pittsburgh, PA 15251-8169** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Global Environmental Services, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    **15-52141**

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| | Street | | |
| | City          State          Zip Code | | |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| | Street | | |
| | City          State          Zip Code | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy